PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 08 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender:  Jeff Charles Leinen                Case Number:  2:02CR00073-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 09/09/2002               Type of Supervision:  Probation

Original Offense: Possession and Passing of          Date Supervision Commenced: 09/09/2002
Counterfeit Currency, 18 U.S.C. § 472

Original Sentence: Probation - 36 months             Date Supervision Expires: 09/08/2005

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

                        **Supporting Evidence**: On August 22, 2005, at 6:45 p.m., this officer attempted to make a home visit at Mr. Leinen's home located at 5211 N. Napa, in Spokane, Washington. By looking in the windows of the home, no furnishings or inhabitants were observed. It was apparent the offender had moved.

                        This officer subsequently called the offender from the probation office at 8:49 p.m. on August 22, 2005. Jeff Leinen indicated to this officer that he had moved the week of August 15, 2005. He profusely apologized and stated he was so excited about purchasing his new home that he had forgotten to advise the probation office of this change as required.

2                       **Special Condition # 14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

                        **Supporting Evidence**: On August 31, 2005, at 7:24 p.m., this officer conducted an unannounced home visit at the offender's new residence located at 4003 E. Cleveland, in Spokane. This officer could detect the strong odor of alcohol on the offender's breath, his eyes were bloodshot and glassy. In addition, the offender kept putting his hand over his mouth, in an attempt to hide the odor of alcohol on his breath from this officer.

                        Mr. Leinen was taken subsequently confronted about drinking. Initially, he admitted to drinking 1 beer. However, when pressed about the strong odor of alcohol on his breath, he advised this officer he had ingested 2 beers at home. He was asked if there was more beer in the house, and he indicated there were 2 more beers in his refrigerator. He was then directed to take the beer out of his refrigerator and pour it down the sink. He complied with

this request. It should be noted that the beer he was drinking was 24-ounce Miller MGD Beer.

Jeff Leinen submitted to drug testing. Quest Laboratories confirmed that the sample was positive for alcohol.

**U.S. Probation Officer Action:**

The offender was referred back to New Directions Outpatient Clinic on September 1, 2005. He has an appointment with the chemical dependency counselor on September 6, 2005, at 8 a.m. The offender has a good job with Gold Seal Mechanical as a plumber and has insurance, so he will pay for treatment himself. Additionally, this officer has gained a commitment from the offender's wife, Therese Leinen, to contact this officer if the offender starts drinking again. Both the offender and his wife advised the probation office that purchasing their new house and moving had placed the offender under some strain. However, he knows this is not an excuse for his actions.

Mr. Leinen has come along way in the 3 years that he has been on Federal supervision. Mr. Leinen was an alcoholic, but he participated in treatment and quit drinking. His wife used marijuana and she stopped using this illegal drug. Through the assistance of the probation office, the offender has paid off all his financial debt. As a result, he has an excellent credit history now and was recently able to purchase a home.

Jeff Leinen's 3 years of probation is due to expire on September 8, 2005. It is respectfully requested that Mr. Leinen be allowed off supervision as scheduled on September 8, 2005.

Respectfully submitted,

by Brenda J. Kuest
U.S. Probation Officer
Date: September 6, 2005

---

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/8/05
Date